# EXHIBIT A



**United States Department of State**

*Washington, D.C.  20520*

April 8, 2019

Case No. F-2018-06587

Mr. Leon Fresco
Holland & Knight LLP
800 17th NW Suite 1100
Washington, DC 20006

Dear Mr. Fresco:

In response to your request dated August 28, 2018, under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552, the Department has located four documents responsive to your request. After reviewing these documents, we have determined that all four may be released in full. All released material is enclosed.

Note that this material is responsive to the second option of the request because the first option would require the manual creation of a record, which is outside the scope of the FOIA. Instead, the data provided is from a similar report pulled from a Department database.

If you have any questions, you may contact Assistant United States Attorney, Paul Cirino, at (202) 252-2529 or Paul.Cirino@usdoj.gov. Please be sure to refer to the case number, F-2018-06587, and the civil action number, 19-cv-00282, in all correspondence about this case.

Sincerely,

Susan C. Weetman
Chief, Programs and Policies Division
Office of Information Programs and Services

Enclosures: As stated.

The Freedom of Information Act (5 USC 552)

## FOIA Exemptions

(b)(1)     Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy. Executive Order 13526 includes the following classification categories:

   1.4(a)  Military plans, systems, or operations
   1.4(b)  Foreign government information
   1.4(c)  Intelligence activities, sources or methods, or cryptology
   1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
   1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
   1.4(f)  U.S. Government programs for safeguarding nuclear materials or facilities
   1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
   1.4(h)  Weapons of mass destruction

(b)(2)     Related solely to the internal personnel rules and practices of an agency

(b)(3)     Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)     Trade secrets and confidential commercial or financial information

(b)(5)     Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)     Personal privacy information

(b)(7)     Law enforcement information whose disclosure would:
       (A) interfere with enforcement proceedings
       (B) deprive a person of a fair trial
       (C) constitute an unwarranted invasion of personal privacy
       (D) disclose confidential sources
       (E) disclose investigation techniques
       (F) endanger life or physical safety of an individual

(b)(8)     Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)     Geological and geophysical information and data, including maps, concerning wells

## Other Grounds for Withholding

NR     Material not responsive to a FOIA request excised with the agreement of the requester

C06715932

| F1 Adjusted Refusal Rates by Nationality: FY 2018 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 75.6% |
| Albania | 32.7% |
| Algeria | 64.3% |
| Andorra | 0.0% |
| Angola | 19.6% |
| Anguilla | 0.0% |
| Antigua and Barbuda | 4.7% |
| Argentina | 3.3% |
| Armenia | 45.5% |
| Australia | 1.6% |
| Austria | 1.8% |
| Azerbaijan | 33.2% |
| Bahamas, The | 20.6% |
| Bahrain | 5.1% |
| Bangladesh | 33.6% |
| Barbados | 2.6% |
| Belarus | 11.5% |
| Belgium | 0.4% |
| Belize | 12.0% |
| Benin | 80.3% |
| Bermuda | 12.5% |
| Bhutan | 54.9% |
| Bolivia | 14.1% |
| Bosnia-Herzegovina | 8.2% |
| Botswana | 7.9% |
| Brazil | 14.5% |
| British Virgin Islands | 0.0% |
| Brunei | 0.0% |
| Bulgaria | 8.9% |
| Burkina Faso | 73.3% |
| Burma | 5.8% |
| Burundi | 59.5% |
| Cabo Verde | 43.9% |
| Cambodia | 28.3% |
| Cameroon | 85.2% |
| Canada | 6.6% |
| Cayman Islands | 4.1% |
| Central African Republic | 70.0% |
| Chad | 80.5% |
| Chile | 2.4% |
| China - mainland | 13.5% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| China - Taiwan | 5.5% |
| Colombia | 19.7% |
| Comoros | 33.3% |
| Congo, Democratic Republic of the | 69.0% |
| Congo, Republic of the | 75.1% |
| Costa Rica | 2.3% |
| Cote D`Ivoire | 54.4% |
| Croatia | 2.6% |
| Cuba | 38.2% |
| Cyprus | 1.1% |
| Czech Republic | 3.5% |
| Denmark | 0.4% |
| Djibouti | 82.1% |
| Dominica | 9.0% |
| Dominican Republic | 28.2% |
| Ecuador | 15.2% |
| Egypt | 37.2% |
| El Salvador | 15.2% |
| Equatorial Guinea | 27.9% |
| Eritrea | 76.2% |
| Estonia | 9.2% |
| Eswatini | 2.2% |
| Ethiopia | 49.2% |
| Fiji | 23.3% |
| Finland | 1.6% |
| France | 3.3% |
| Gabon | 56.7% |
| Gambia, The | 81.9% |
| Georgia | 29.1% |
| Germany | 1.3% |
| Ghana | 47.9% |
| Gibraltar | 0.0% |
| Great Britain and Northern Ireland | 3.8% |
| Greece | 8.0% |
| Grenada | 4.9% |
| Guatemala | 16.8% |
| Guinea | 86.9% |
| Guinea - Bissau | 0.0% |
| Guyana | 10.3% |
| Haiti | 52.5% |
| Honduras | 19.2% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| British National (Hong Kong) Overseas Passport | 3.3% |
| Hong Kong S. A. R. | 7.7% |
| Hungary | 2.3% |
| Iceland | 2.7% |
| India | 35.3% |
| Indonesia | 11.7% |
| Iran | 49.5% |
| Iraq | 67.7% |
| Ireland | 8.3% |
| Israel | 6.7% |
| Italy | 7.0% |
| Jamaica | 18.5% |
| Japan | 2.2% |
| Jordan | 65.4% |
| Kazakhstan | 44.0% |
| Kenya | 43.1% |
| Kiribati | 25.0% |
| Korea, South | 4.1% |
| Kosovo | 25.0% |
| Kuwait | 1.9% |
| Kyrgyzstan | 42.7% |
| Laos | 41.8% |
| Latvia | 8.2% |
| Lebanon | 12.6% |
| Lesotho | 17.4% |
| Liberia | 62.4% |
| Libya | 57.1% |
| Liechtenstein | 0.0% |
| Lithuania | 5.9% |
| Luxembourg | 3.2% |
| Macau | 6.8% |
| Macedonia | 19.4% |
| Madagascar | 14.6% |
| Malawi | 40.5% |
| Malaysia | 3.0% |
| Maldives | 44.4% |
| Mali | 82.2% |
| Malta | 0.0% |
| Mauritania | 72.6% |
| Mauritius | 1.1% |
| Mexico | 6.2% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| Moldova | 30.8% |
| Monaco | 0.0% |
| Mongolia | 66.1% |
| Montenegro | 5.9% |
| Montserrat | 0.0% |
| Morocco | 54.5% |
| Mozambique | 6.0% |
| Namibia | 2.1% |
| Nepal | 79.2% |
| Netherlands | 2.9% |
| New Zealand | 3.1% |
| Nicaragua | 10.6% |
| Niger | 53.1% |
| Nigeria | 76.9% |
| *Non-Nationality Based Issuances | 34.4% |
| Norway | 0.4% |
| Oman | 2.9% |
| Pakistan | 56.5% |
| Palestinian Authority Travel Document | 62.1% |
| Panama | 2.7% |
| Papua New Guinea | 8.5% |
| Paraguay | 2.8% |
| Peru | 24.3% |
| Philippines | 37.4% |
| Poland | 9.1% |
| Portugal | 4.6% |
| Qatar | 10.5% |
| Romania | 6.6% |
| Russia | 14.2% |
| Rwanda | 33.6% |
| Samoa | 0.0% |
| San Marino | 0.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 12.2% |
| Senegal | 67.4% |
| Serbia | 14.2% |
| Seychelles | 0.0% |
| Sierra Leone | 71.4% |
| Singapore | 1.3% |
| Slovakia | 2.1% |
| Slovenia | 3.3% |

C06715932

## F1 Adjusted Refusal Rates by Nationality: FY 2018

| Nationality | Adjusted Refusal Rate |
|---|---|
| Solomon Islands | -33.3% |
| Somalia | 37.2% |
| South Africa | 13.3% |
| South Sudan | 28.1% |
| Spain | 3.4% |
| Sri Lanka | 52.2% |
| St Lucia | 3.1% |
| St. Kitts and Nevis | 18.8% |
| St. Vincent and The Grenadines | 23.5% |
| Sudan | 56.0% |
| Suriname | 0.0% |
| Sweden | 4.6% |
| Switzerland | -0.1% |
| Syria | 74.5% |
| Tajikistan | 55.3% |
| Tanzania | 21.5% |
| Thailand | 40.3% |
| Timor-Leste | 0.0% |
| Togo | 76.3% |
| Tonga | 64.3% |
| Trinidad and Tobago | 15.2% |
| Tunisia | 30.2% |
| Turkey | 42.5% |
| Turkmenistan | 66.5% |
| Turks and Caicos Islands | 36.8% |
| Uganda | 56.6% |
| Ukraine | 43.5% |
| United Arab Emirates | 3.0% |
| Uruguay | 5.1% |
| Uzbekistan | 72.1% |
| Vanuatu | 33.3% |
| Venezuela | 39.1% |
| Vietnam | 43.7% |
| Yemen | 78.6% |
| Zambia | 24.4% |
| Zimbabwe | 31.7% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

C06715932

| F1 Adjusted Refusal Rates by Nationality: FY 2018 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate. | |
| Only nationalities that have data available during the indicated fiscal year are listed. | |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Afghanistan | 75.2% |
| Albania | 44.5% |
| Algeria | 63.6% |
| Andorra | 0.0% |
| Angola | 16.6% |
| Antigua and Barbuda | 15.3% |
| Argentina | 3.6% |
| Armenia | 44.3% |
| Australia | 1.5% |
| Austria | 1.8% |
| Azerbaijan | 37.0% |
| Bahamas, The | 11.2% |
| Bahrain | 9.5% |
| Bangladesh | 53.7% |
| Barbados | 8.3% |
| Belarus | 14.6% |
| Belgium | 1.1% |
| Belize | 8.5% |
| Benin | 76.9% |
| Bermuda | 0.0% |
| Bhutan | 43.8% |
| Bolivia | 11.1% |
| Bosnia-Herzegovina | 4.4% |
| Botswana | 12.5% |
| Brazil | 14.7% |
| British Virgin Islands | 8.7% |
| Brunei | 0.0% |
| Bulgaria | 11.1% |
| Burkina Faso | 79.4% |
| Burma | 6.6% |
| Burundi | 60.2% |
| Cabo Verde | 40.0% |
| Cambodia | 36.5% |
| Cameroon | 75.0% |
| Canada | 9.9% |
| Cayman Islands | 3.1% |
| Central African Republic | 72.5% |
| Chad | 76.8% |
| Chile | 2.7% |
| China - mainland | 13.5% |
| China - Taiwan | 5.2% |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Colombia | 11.8% |
| Comoros | 50.0% |
| Congo, Democratic Republic of the | 72.5% |
| Congo, Republic of the | 70.8% |
| Costa Rica | 1.6% |
| Cote D`Ivoire | 54.2% |
| Croatia | 1.8% |
| Cuba | 57.9% |
| Cyprus | 0.0% |
| Czech Republic | 1.4% |
| Denmark | 0.3% |
| Djibouti | 81.0% |
| Dominica | 12.9% |
| Dominican Republic | 26.8% |
| Ecuador | 14.6% |
| Egypt | 38.5% |
| El Salvador | 8.6% |
| Equatorial Guinea | 9.6% |
| Eritrea | 81.7% |
| Estonia | 14.3% |
| Eswatini | 3.2% |
| Ethiopia | 59.4% |
| Fiji | 8.7% |
| Finland | 0.9% |
| France | 2.1% |
| Gabon | 42.7% |
| Gambia, The | 90.7% |
| Georgia | 20.9% |
| Germany | 1.2% |
| Ghana | 62.8% |
| Gibraltar | 0.0% |
| Great Britain and Northern Ireland | 4.4% |
| Greece | 5.1% |
| Grenada | 26.2% |
| Guatemala | 11.6% |
| Guinea | 88.3% |
| Guinea - Bissau | 68.8% |
| Guyana | 11.3% |
| Haiti | 64.0% |
| Honduras | 7.2% |
| British National (Hong Kong) Overseas Passport | 2.6% |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| Hong Kong S. A. R. | 4.4% |
| Hungary | 3.4% |
| Iceland | 0.4% |
| India | 42.6% |
| Indonesia | 10.4% |
| Iran | 45.1% |
| Iraq | 75.1% |
| Ireland | 3.3% |
| Israel | 3.9% |
| Italy | 6.8% |
| Jamaica | 13.5% |
| Japan | 1.9% |
| Jordan | 63.0% |
| Kazakhstan | 32.1% |
| Kenya | 41.3% |
| Kiribati | 20.0% |
| Korea, South | 6.6% |
| Kosovo | 38.4% |
| Kuwait | 10.5% |
| Kyrgyzstan | 61.2% |
| Laos | 29.2% |
| Latvia | 6.7% |
| Lebanon | 28.4% |
| Lesotho | 15.4% |
| Liberia | 57.7% |
| Libya | 64.5% |
| Liechtenstein | 0.0% |
| Lithuania | 13.0% |
| Luxembourg | 1.7% |
| Macau | 9.4% |
| Macedonia | 20.0% |
| Madagascar | 28.3% |
| Malawi | 31.3% |
| Malaysia | 2.2% |
| Maldives | 42.9% |
| Mali | 83.9% |
| Malta | 0.0% |
| Mauritania | 78.6% |
| Mauritius | 3.5% |
| Mexico | 5.3% |
| Moldova | 34.5% |

C06715935

### F1 Adjusted Refusal Rates by Nationality: FY 2017

| Nationality | Adjusted Refusal Rate |
|---|---|
| Monaco | 11.1% |
| Mongolia | 70.7% |
| Montenegro | 8.5% |
| Morocco | 56.9% |
| Mozambique | 7.0% |
| Namibia | 7.8% |
| Nepal | 77.2% |
| Netherlands | 3.0% |
| New Zealand | 1.4% |
| Nicaragua | 14.4% |
| Niger | 55.4% |
| Nigeria | 63.6% |
| *Non-Nationality Based Issuances | 38.1% |
| Norway | 1.0% |
| Oman | 3.4% |
| Pakistan | 59.0% |
| Palestinian Authority Travel Document | 65.6% |
| Panama | 0.7% |
| Papua New Guinea | 12.2% |
| Paraguay | 1.3% |
| Peru | 21.7% |
| Philippines | 29.9% |
| Poland | 6.1% |
| Portugal | 4.5% |
| Qatar | 7.5% |
| Republic of The Marshall Islands | 0.0% |
| Romania | 11.1% |
| Russia | 11.1% |
| Rwanda | 38.2% |
| Samoa | 14.3% |
| San Marino | 20.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 8.3% |
| Senegal | 67.2% |
| Serbia | 10.2% |
| Serbia and Montenegro | 100.0% |
| Seychelles | 0.0% |
| Sierra Leone | 57.4% |
| Singapore | 1.3% |
| Slovakia | 6.9% |
| Slovenia | 0.7% |

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| Solomon Islands | 50.0% |
| Somalia | 64.4% |
| South Africa | 8.4% |
| South Sudan | 43.7% |
| Spain | 3.9% |
| Sri Lanka | 30.9% |
| St Lucia | 10.6% |
| St. Kitts and Nevis | 15.2% |
| St. Vincent and The Grenadines | 6.7% |
| Sudan | 56.3% |
| Suriname | 4.3% |
| Sweden | 4.6% |
| Switzerland | 1.3% |
| Syria | 63.9% |
| Tajikistan | 62.4% |
| Tanzania | 21.3% |
| Thailand | 28.0% |
| Timor-Leste | 0.0% |
| Togo | 76.1% |
| Tonga | 56.7% |
| Trinidad and Tobago | 11.4% |
| Tunisia | 24.3% |
| Turkey | 35.2% |
| Turkmenistan | 58.9% |
| Turks and Caicos Islands | 14.3% |
| Uganda | 39.1% |
| Ukraine | 35.8% |
| United Arab Emirates | 4.1% |
| Uruguay | 3.6% |
| Uzbekistan | 53.4% |
| Vanuatu | 0.0% |
| Venezuela | 35.7% |
| Vietnam | 50.2% |
| Yemen | 65.7% |
| Zambia | 30.5% |
| Zimbabwe | 27.5% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

C06715935

| F1 Adjusted Refusal Rates by Nationality: FY 2017 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate. | |
| Only nationalities that have data available during the indicated fiscal year are listed. | |

C06715943

## F1 Adjusted Refusal Rates by Nationality: FY 2016

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 70.1% |
| Albania | 45.8% |
| Algeria | 49.3% |
| Andorra | 0.0% |
| Angola | 19.2% |
| Anguilla | 0.0% |
| Antigua & Barbuda | 9.3% |
| Argentina | 2.3% |
| Armenia | 53.7% |
| Australia | 1.0% |
| Austria | 1.3% |
| Azerbaijan | 17.8% |
| Bahamas, The | 11.7% |
| Bahrain | 7.4% |
| Bangladesh | 65.3% |
| Barbados | 1.8% |
| Belarus | 13.5% |
| Belgium | 0.8% |
| Belize | 9.1% |
| Benin | 72.0% |
| Bermuda | 21.3% |
| Bhutan | 59.0% |
| Bolivia | 12.0% |
| Bosnia-Herzegovina | 9.2% |
| Botswana | 5.7% |
| Brazil | 14.1% |
| British Virgin Islands | 5.7% |
| Brunei | 0.0% |
| Bulgaria | 13.5% |
| Burkina Faso | 63.4% |
| Burma | 9.2% |
| Burundi | 67.9% |
| Cabo Verde | 19.0% |
| Cambodia | 32.8% |
| Cameroon | 59.4% |
| Canada | 6.4% |
| Cayman Islands | 4.7% |
| Central African Republic | 66.7% |
| Chad | 63.9% |
| Chile | 1.1% |
| China - mainland | 11.7% |
| China - Taiwan | 2.4% |
| Colombia | 9.7% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Comoros | 100.0% |
| Congo, Democratic Republic of the | 66.7% |
| Congo, Republic of the | 71.1% |
| Costa Rica | 2.2% |
| Cote D'Ivoire | 54.7% |
| Croatia | 10.6% |
| Cuba | 31.2% |
| Cyprus | 1.6% |
| Czech Republic | 2.8% |
| Denmark | 0.4% |
| Djibouti | 75.0% |
| Dominica | 7.0% |
| Dominican Republic | 21.1% |
| Ecuador | 10.5% |
| Egypt | 37.6% |
| El Salvador | 17.4% |
| Equatorial Guinea | 4.9% |
| Eritrea | 70.3% |
| Estonia | 25.7% |
| Eswatini | 3.8% |
| Ethiopia | 40.8% |
| Fiji | 14.8% |
| Finland | 0.0% |
| France | 2.1% |
| Gabon | 30.1% |
| Gambia, The | 87.2% |
| Georgia | 29.9% |
| Germany | 1.7% |
| Ghana | 70.2% |
| Gibraltar | 50.0% |
| Great Britain & Northern Ireland | 3.7% |
| Greece | 7.3% |
| Grenada | 14.7% |
| Guatemala | 17.7% |
| Guinea | 81.7% |
| Guinea-Bissau | 55.6% |
| Guyana | 8.6% |
| Haiti | 60.3% |
| Honduras | 8.2% |
| British National (Hong Kong) Overseas Passport | 3.8% |
| Hong Kong S A R | 5.8% |
| Hungary | 9.1% |
| Iceland | 0.0% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| India | 49.5% |
| Indonesia | 6.5% |
| Iran | 51.1% |
| Iraq | 68.5% |
| Ireland | 1.6% |
| Israel | 3.4% |
| Italy | 5.3% |
| Jamaica | 4.9% |
| Japan | 2.7% |
| Jordan | 63.8% |
| Kazakhstan | 27.4% |
| Kenya | 41.0% |
| Kiribati | 0.0% |
| Korea, South | 8.0% |
| Kosovo | 37.4% |
| Kuwait | 7.2% |
| Kyrgyzstan | 60.2% |
| Laos | 29.8% |
| Latvia | 9.0% |
| Lebanon | 29.1% |
| Lesotho | 7.7% |
| Liberia | 66.5% |
| Libya | 71.8% |
| Liechtenstein | 0.0% |
| Lithuania | 9.8% |
| Luxembourg | 1.4% |
| Macau | 9.6% |
| Macedonia | 25.6% |
| Madagascar | 13.5% |
| Malawi | 6.8% |
| Malaysia | 2.0% |
| Maldives | 40.0% |
| Mali | 79.5% |
| Malta | 11.1% |
| Mauritania | 84.3% |
| Mauritius | 0.0% |
| Mexico | 3.9% |
| Moldova | 32.6% |
| Monaco | 0.0% |
| Mongolia | 63.4% |
| Montenegro | 11.1% |
| Montserrat | 0.0% |
| Morocco | 52.8% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Mozambique | 9.1% |
| Namibia | 3.9% |
| Nepal | 70.7% |
| Netherlands | 3.2% |
| New Zealand | 0.8% |
| Nicaragua | 11.5% |
| Niger | 27.4% |
| Nigeria | 57.0% |
| *Non-Nationality Based Issuances | 39.5% |
| Norway | 2.7% |
| Oman | 0.7% |
| Pakistan | 57.0% |
| Palestinian Authority Travel Document | 59.3% |
| Panama | 1.8% |
| Papua New Guinea | 8.5% |
| Paraguay | 3.7% |
| Peru | 18.8% |
| Philippines | 27.1% |
| Poland | 5.6% |
| Portugal | 2.9% |
| Qatar | 2.8% |
| Republic of The Marshall Islands | 33.3% |
| Romania | 8.2% |
| Russia | 8.0% |
| Rwanda | 39.3% |
| Samoa | 0.0% |
| San Marino | 50.0% |
| Sao Tome and Principe | 0.0% |
| Saudi Arabia | 5.7% |
| Senegal | 64.3% |
| Serbia | 7.0% |
| Seychelles | 0.0% |
| Sierra Leone | 54.3% |
| Singapore | 1.9% |
| Slovakia | 1.6% |
| Slovenia | 0.8% |
| Solomon Islands | 0.0% |
| Somalia | 51.9% |
| South Africa | 9.2% |
| South Sudan | 26.9% |
| Spain | 2.4% |
| Sri Lanka | 33.1% |
| St Lucia | 12.2% |

C06715943

| F1 Adjusted Refusal Rates by Nationality: FY 2016 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| St. Kitts and Nevis | 25.3% |
| St. Vincent and The Grenadines | 16.3% |
| Sudan | 37.7% |
| Suriname | 0.0% |
| Sweden | 3.3% |
| Switzerland | 0.4% |
| Syria | 64.6% |
| Tajikistan | 60.3% |
| Tanzania | 35.8% |
| Thailand | 24.4% |
| Timor-Leste | 0.0% |
| Togo | 53.3% |
| Tonga | 20.0% |
| Trinidad and Tobago | 10.9% |
| Tunisia | 28.4% |
| Turkey | 30.0% |
| Turkmenistan | 52.3% |
| Turks and Caicos Islands | 36.0% |
| Uganda | 30.6% |
| Ukraine | 45.9% |
| United Arab Emirates | 2.7% |
| Uruguay | 2.4% |
| Uzbekistan | 61.3% |
| Vanuatu | 66.7% |
| Venezuela | 17.1% |
| Vietnam | 59.7% |
| Yemen | 63.7% |
| Zambia | 37.6% |
| Zimbabwe | 28.6% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.

Only nationalities that have data available during the indicated fiscal year are listed.

C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| Afghanistan | 59.2% |
| Albania | 38.7% |
| Algeria | 41.5% |
| Andorra | 0.0% |
| Angola | 16.0% |
| Anguilla | 0.0% |
| Antigua & Barbuda | 20.2% |
| Argentina | 2.4% |
| Armenia | 42.9% |
| Australia | 1.3% |
| Austria | 1.7% |
| Azerbaijan | 36.4% |
| Bahamas, The | 14.0% |
| Bahrain | 5.4% |
| Bangladesh | 63.8% |
| Barbados | 3.6% |
| Belarus | 12.2% |
| Belgium | 1.2% |
| Belize | 7.8% |
| Benin | 50.8% |
| Bermuda | 8.3% |
| Bhutan | 43.9% |
| Bolivia | 6.3% |
| Bosnia-Herzegovina | 4.5% |
| Botswana | 10.5% |
| Brazil | 7.4% |
| British Virgin Islands | 8.2% |
| Brunei | 4.3% |
| Bulgaria | 17.1% |
| Burkina Faso | 48.9% |
| Burma | 14.7% |
| Burundi | 63.6% |
| Cabo Verde | 1.7% |
| Cambodia | 47.7% |
| Cameroon | 60.8% |
| Canada | 6.9% |
| Cayman Islands | 0.0% |
| Central African Republic | 63.6% |
| Chad | 74.3% |
| Chile | 0.8% |
| China - mainland | 7.4% |
| China - Taiwan | 5.0% |
| Colombia | 6.7% |

C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| Comoros | 100.0% |
| Congo, Democratic Republic of the | 66.3% |
| Congo, Republic of the | 68.6% |
| Costa Rica | 2.5% |
| Cote D'Ivoire | 49.3% |
| Croatia | 3.1% |
| Cuba | 51.0% |
| Cyprus | 0.5% |
| Czech Republic | 1.1% |
| Denmark | 0.8% |
| Djibouti | 69.2% |
| Dominica | 4.4% |
| Dominican Republic | 15.3% |
| Ecuador | 7.8% |
| Egypt | 36.8% |
| El Salvador | 11.8% |
| Equatorial Guinea | 28.2% |
| Eritrea | 70.1% |
| Estonia | 14.3% |
| Eswatini | 4.5% |
| Ethiopia | 49.6% |
| Fiji | 5.9% |
| Finland | 0.8% |
| France | 2.7% |
| Gabon | 16.8% |
| Gambia, The | 88.1% |
| Georgia | 35.6% |
| Germany | 1.4% |
| Ghana | 68.1% |
| Gibraltar | 0.0% |
| Great Britain & Northern Ireland | 2.0% |
| Greece | 9.7% |
| Grenada | 13.6% |
| Guatemala | 14.1% |
| Guinea | 73.7% |
| Guinea-Bissau | 81.3% |
| Guyana | 23.8% |
| Haiti | 49.5% |
| Honduras | 6.0% |
| British National (Hong Kong) Overseas Passport | 7.9% |
| Hong Kong S A R | 3.2% |
| Hungary | 18.9% |
| Iceland | 0.0% |

C06715953

| F1 Adjusted Refusal Rates by Nationality: FY 2015 | |
|---|---|
| Nationality | Adjusted Refusal Rate |
| India | 34.2% |
| Indonesia | 5.5% |
| Iran | 36.9% |
| Iraq | 58.1% |
| Ireland | 1.2% |
| Israel | 4.7% |
| Italy | 9.5% |
| Jamaica | 9.4% |
| Japan | 1.4% |
| Jordan | 51.3% |
| Kazakhstan | 19.6% |
| Kenya | 39.7% |
| Kiribati | 0.0% |
| Korea, North | 50.0% |
| Korea, South | 10.7% |
| Kosovo | 40.4% |
| Kuwait | 1.3% |
| Kyrgyzstan | 61.5% |
| Laos | 37.6% |
| Latvia | 10.6% |
| Lebanon | 23.2% |
| Lesotho | 15.0% |
| Liberia | 56.4% |
| Libya | 56.0% |
| Liechtenstein | 0.0% |
| Lithuania | 13.1% |
| Luxembourg | 1.4% |
| Macau | 6.3% |
| Macedonia | 27.9% |
| Madagascar | 15.2% |
| Malawi | 9.3% |
| Malaysia | 2.0% |
| Maldives | 27.3% |
| Mali | 69.4% |
| Malta | 0.0% |
| Mauritania | 75.7% |
| Mauritius | 0.0% |
| Mexico | 3.0% |
| Moldova | 43.6% |
| Monaco | 0.0% |
| Mongolia | 53.6% |
| Montenegro | 7.1% |
| Montserrat | 0.0% |

C06715953

| F1 Adjusted Refusal Rates by Nationality: FY 2015 | |
|---|---|
| **Nationality** | **Adjusted Refusal Rate** |
| Morocco | 47.3% |
| Mozambique | 7.7% |
| Namibia | 5.4% |
| Nepal | 58.1% |
| Netherlands | 2.7% |
| New Zealand | 1.1% |
| Nicaragua | 13.0% |
| Niger | 36.6% |
| Nigeria | 53.0% |
| *Non-Nationality Based Issuances | 34.8% |
| Norway | 1.5% |
| Oman | 1.3% |
| Pakistan | 48.0% |
| Palestinian Authority Travel Document | 62.6% |
| Panama | 2.5% |
| Papua New Guinea | 7.6% |
| Paraguay | 4.1% |
| Peru | 9.1% |
| Philippines | 27.5% |
| Poland | 7.3% |
| Portugal | 0.9% |
| Qatar | 3.0% |
| Republic of The Marshall Islands | 33.3% |
| Romania | 14.2% |
| Russia | 8.8% |
| Rwanda | 42.7% |
| Samoa | 0.0% |
| San Marino | 0.0% |
| Saudi Arabia | 5.7% |
| Senegal | 69.5% |
| Serbia | 7.7% |
| Serbia and Montenegro | 0.0% |
| Seychelles | 0.0% |
| Sierra Leone | 59.4% |
| Singapore | 0.8% |
| Slovakia | 5.2% |
| Slovenia | 0.7% |
| Solomon Islands | 0.0% |
| Somalia | 62.9% |
| South Africa | 7.8% |
| South Sudan | 35.9% |
| Spain | 0.9% |
| Sri Lanka | 26.5% |

C06715953

## F1 Adjusted Refusal Rates by Nationality: FY 2015

| Nationality | Adjusted Refusal Rate |
|---|---|
| St Lucia | 19.7% |
| St. Kitts and Nevis | 13.8% |
| St. Vincent and The Grenadines | 6.3% |
| Sudan | 45.6% |
| Suriname | 2.5% |
| Sweden | 2.6% |
| Switzerland | 0.9% |
| Syria | 75.5% |
| Tajikistan | 68.3% |
| Tanzania | 17.3% |
| Thailand | 20.0% |
| Timor-Leste | 10.0% |
| Togo | 54.3% |
| Tonga | 53.6% |
| Trinidad and Tobago | 10.0% |
| Tunisia | 25.8% |
| Turkey | 26.6% |
| Turkmenistan | 41.6% |
| Turks and Caicos Islands | 20.0% |
| Tuvalu | 0.0% |
| Uganda | 24.5% |
| Ukraine | 39.1% |
| United Arab Emirates | 5.8% |
| Uruguay | 1.0% |
| Uzbekistan | 51.4% |
| Vanuatu | 0.0% |
| Venezuela | 13.2% |
| Vietnam | 50.1% |
| Yemen | 56.1% |
| Zambia | 33.1% |
| Zimbabwe | 30.3% |

*"Non-nationality based issuances" includes individuals presenting travel documents issued by a competent authority other than their country of nationality, including, for example, aliens traveling on a Laissez-Passer issued by the United Nations and refugees residing in another country.

The Adjusted Refusal Rate is calculated as follows: (Refusals minus Waived/Overcome) divided by (Total Applicants minus Waived/Overcome). When there are more Waived/Overcome than refusals (for example, when refusals from a prior fiscal year are waived/overcome), the result is a negative adjusted refusal rate.

Only nationalities that have data available during the indicated fiscal year are listed.

# EXHIBIT B

# Holland & Knight

800 17th Street, NW, Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564
Holland & Knight LLP | www.hklaw.com

Leon Fresco
202 469 5129
leon.fresco@hklaw.com

April 8, 2021

**VIA FAX**

U. S. Department of State
Office of Information Programs and Services
2201 C Street N.W., Suite B266
Washington, D.C. 20520-0000
FAX: (202) 485-1669

Re:     **Freedom of Information Act – Request for _EXPEDITIOUS HANDLING_**

**Request of F-1 Nonimmigrant Visa Refusal Statistics by Post and Nationality for Fiscal Year
2019, Fiscal Year 2020, and Fiscal Year 2021 (year-to-date)**

Dear Sir or Madam:

On behalf of my client, Shorelight Education, a leading education company focused on providing
educational experiences for international students and partnering with U.S. universities as a
clearinghouse for information, we are respectfully filing a Freedom of Information Act request
seeking public information that is possessed by the State Department, but is not specifically
provided to the public in the State Department's non-immigrant visa statistics.

Specifically, we seek the following information/data:

1. Each year, the State Department publicly releases a document that is titled as: "ADJUSTED
   REFUSAL RATE - B-VISAS ONLY BY NATIONALITY"
   *See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-
   Statistics/RefusalRates/FY19.pdf

   We seek the exact same statistics, in the exact same format, but for **F-1 student visas**. In other
   words, the numbers that would be provided would be for F-1 Student Visas instead of for B-
   visitor visas.  We seek these statistics for Fiscal Year 2019, Fiscal Year 2020, and Fiscal Year
   2021 (year-to-date)

2. Alternatively, if the data in Request Number 1 cannot be provided—and a lawful explanation
   is provided as to why this data cannot be provided—we respectfully ask that the State
   Department then refer to the annual document it publicly releases titled: **"Worldwide NIV
   Workload by Visa Category FY 2020."**

State Department FOIA Request
April 8, 2021
Page 2

*See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/NIVWorkload/FY2020NIVWorkloadbyVisaCategory.pdf

We would respectfully ask that the State Department then simply disaggregate the "refused" data contained within this document so that it can provide, and make publicly available, **by post and nationality**, the total number of F-1 student visas that were counted as "refused."

As you can see in the linked document below, the State Department already disaggregates the number of F-1 student visas "issued" by post and nationality, but does not similarly disaggregate the number of "refused" F-1 student visas by post and nationality.
https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/FEBRUARY%202021%20-%20NIV%20Issuances%20by%20Nationality%20and%20Visa%20Class.pdf

https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/MonthlyNIVIssuances/FEBRUARY%202021%20-%20NIV%20Issuances%20by%20Post%20and%20Visa%20Class.pdf

We seek these "refusal" statistics for **F-1 student visas** for Fiscal Year 2019, Fiscal Year 2020, and Fiscal Year 2021 (year-to-date). Again, we simply seek data that disaggregates the numbers already contained and publicly reported in the "refused" column so that those numbers can be understood by post and nationality.

If an example is needed, please see the State Department's response to the exact same FOIA request made last year. All that is needed are these same numbers for Fiscal Year 2019, Fiscal Year 2020, and Fiscal Year 2021 (year-to-date)

## II. Compelling Need Justifying Expeditious Handling

Substantial economic concerns of colleges and universities in the United States are implicated by the failure to process this FOIA request immediately. Universities across the United States require this information quickly so that they may better understand the changing landscape of the international student visa adjudication process and to make extremely important decisions about which international students to invest-in and recruit from around the world. This data is critical to preventing schools from wasting hundreds of millions of dollars in time and resources to recruit students from areas where they are statistically less likely to obtain visas.

## III. Payment of Fees

Undersigned counsel consents to, and is prepared to pay, all fees that are necessary to obtain any and all documents responsive to the requests above.

Please feel free to contact the undersigned at (202)469-5129 or by email at leon.fresco@hklaw.com should there be any questions.

State Department FOIA Request
April 8, 2021
Page 3

Sincerely,

Leon Fresco

Enclosures

# EXHIBIT C

| | |
|---|---|
| **From:** | FOIA Status |
| **To:** | Fresco, Leon (WAS - X75129) |
| **Cc:** | FOIA Status |
| **Subject:** | RE: Duplicative Submission - F-2020-02342 |
| **Date:** | Tuesday, April 13, 2021 2:23:52 PM |

*[External email]*
Mr. Fresco,

This is in response to your email below regarding the status of FOIA Case Control Number F-2020-02342.

This request is in process and has a July 30, 2021, estimated date of completion (EDC). EDCs are estimates and are subject to change. Please be advised that the Department takes its FOIA responsibilities seriously and is processing this request as quickly as possible. If the request can be completed prior to the EDC, a response will be sent sooner.

If you have any concerns or questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

---

**From:** Leon.Fresco@hklaw.com <Leon.Fresco@hklaw.com>
**Sent:** Thursday, April 8, 2021 2:26 PM
**To:** FOIArequest <FOIArequest@state.gov>
**Cc:** FOIA Status <FOIAStatus@state.gov>
**Subject:** RE: Duplicative Submission - F-2020-02342

Many thanks, and I appreciate the updating of the dates.   It would be helpful to know the estimate date of completion of this request as it previously stood, and whether asking for an additional year (which should just be something the same database pulls up) would increase the time frame.

Many thanks,
Leon

---

**From:** FOIArequest <FOIArequest@state.gov>
**Sent:** Thursday, April 08, 2021 1:01 PM
**To:** Fresco, Leon (WAS - X75129) <Leon.Fresco@hklaw.com>
**Cc:** FOIArequest <FOIArequest@state.gov>
**Subject:** Duplicative Submission - F-2020-02342

*[External email]*
Mr. Fresco,

We are in receipt of your faxed FOIA request dated April 8, 2021, seeking "F-1 Nonimmigrant Visa

Refusal Statistics by Post and Nationality for Fiscal Year 2019, Fiscal Year 2020, and Fiscal Year 2021 (year-to-date)." Please be advised this request is duplicative of a previous request you submitted on December 17, 2019, currently being processed under FOIA case number F-2020-02342. Attached are copies of both requests for comparison.

Our office will be aggregating your April 8th submission to F-2020-02342. We will also update F-2020-02342 to include FY 2021 (year-to-date). Should you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.

Sincerely,

Requester Communications Branch
Office of Information Programs and Services

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

# EXHIBIT D

# Holland & Knight

800 17th Street, NW, Suite 1100  |  Washington, DC 20006  |  T 202.955.3000  |  F 202.955.5564
Holland & Knight LLP  |  www.hklaw.com

Leon Fresco
202 469 5129
leon.fresco@hklaw.com

April 14, 2021

**VIA FEDEX and FAX**

Director
Office of Information Programs and Services
U. S. Department of State
State Annex 2 (SA-2)
515 22nd Street, NW,
Washington, DC 20522-8100

FAX: (202) 261-8571

Re:     *Appeal* of Freedom of Information Act – Request for *EXPEDITIOUS HANDLING*

**Request of F-1 Nonimmigrant Visa Refusal Statistics by Post and Nationality for FY 2019, FY 2020, and Fiscal Year 2021 to date**

Dear Sir or Madam:

On behalf of my client, Shorelight Education, a leading education company focused on providing educational experiences for international students, we are respectfully filing an appeal of denial of expedited processing of a Freedom of Information Act request (dated December 17, 2019 and April 8, 2021) seeking public information that is possessed by the State Department, but is not specifically provided to the public in the State Department's non-immigrant visa statistics. No decision was ever sent to us but we have now received an email from the State Department FOIA Requester Service Center definitively proving that this case is not on an expedited handling timeframe. That email is attached to this package at the conclusion of this letter. The underlying FOIA requests are also attached.

Therefore, we seek a written decision as required by 22 CFR § 171.13.

Specifically, we seek the following information/data:

1.  Each year, the State Department publicly releases a document that is titled as: "ADJUSTED REFUSAL RATE - B-VISAS ONLY BY NATIONALITY"
    *See https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/RefusalRates/FY17.pdf.*

State Department FOIA Request – Administrative Appeal
April 14, 2021
Page 2

We seek the exact same statistics, in the exact same format, but for **F-1 student visas**. In other words, the numbers that would be provided would be for F-1 Student Visas instead of for B-visitor visas.  We seek these statistics for Fiscal Year 2021 (year-to-date), FY 2020, and FY 2019.

2. Alternatively, if the data in Request Number 1 cannot be provided—and a lawful explanation is provided as to why this data cannot be provided—we respectfully ask that the State Department then refer to the annual document it publicly releases titled: **"Worldwide NIV Workload by Visa Category FY 2017."**
*See* https://travel.state.gov/content/dam/visas/Statistics/Non-Immigrant-Statistics/NIVWorkload/FY2017NIVWorkloadbyVisaCategory.pdf.

We would respectfully ask that the State Department then simply disaggregate the "refused" data contained within this document so that it can provide, and make publicly available, **by post and nationality**, the total number of F-1 student visas that were counted as "refused." As you can see in the linked document below, the State Department already disaggregates the number of F-1 student visas "issued"  by post and nationality, but does not similarly disaggregate the number of "refused" F-1 student visas by post and nationality.
https://travel.state.gov/content/travel/en/legal/visa-law0/visa-statistics/nonimmigrant-visa-statistics/monthly-nonimmigrant-visa-issuances.html

We seek these "refusal" statistics for **F-1 student visas** for Fiscal Year 2021 (year-to-date), FY 2020, and FY 2019.  Again, we simply seek data that disaggregates the numbers already contained and publicly reported in the "refused" column so that those numbers can be understood by post and nationality.

If an example is needed, please see the State Department's response to the exact same FOIA request made last year.  All that is needed are these same numbers for Fiscal Year 2019, Fiscal Year 2020, and Fiscal Year 2021 (year-to-date)

## II. Compelling Need Justifying Expeditious Handling

There are four compelling reasons justifying expeditious processing of this request:

- First – As Shorelight Education attempts to educate U.S. universities and members of Congress about the importance of the student visa system, Congressional members and staff consistently ask about whether the denial rate for student visas is increasing or decreasing.  As this information is not currently publicly available, it is impossible to answer these questions.

- Second – Members of the media have inquired with Shorelight Education as to whether the denial rate for student visas is increasing or decreasing.  As this information is not currently publicly available, it is impossible to answer these questions.

- Third -  Substantial pedagogical and economic concerns of colleges and universities in the United States are implicated by the failure to process this FOIA request immediately.  Universities across the United States require this information quickly so that they may better

State Department FOIA Request – Administrative Appeal
April 14, 2021
Page 3

understand the changing landscape of the international student visa adjudication process and to make multi-million dollar decisions about which international students to invest-in and recruit from around the world. This data is critical to preventing schools from wasting millions of dollars to recruit students from areas where they are statistically less likely to obtain visas.

- Fourth – This information is clearly and readily available to the State Department and is very easy to obtain and disseminate. The State Department already publishes how many F-1 visas it refuses each year, and it also publishes how many F-1 visas it is issuing monthly by post and nationality. We simply seek data that disaggregates the numbers already contained and publicly reported in the "refused" column so that those numbers can be understood by post and nationality. In fact, if an example is needed, please see the State Department's response to the exact same FOIA request made in 2018. All that is needed are these same numbers for Fiscal Year 2019, Fiscal Year 2020, and Fiscal Year 2021 (year-to-date)

## IV. Payment of Fees

Undersigned counsel consents to, and is prepared to pay, all fees that are necessary to obtain any and all documents responsive to the requests above.

Please feel free to contact the undersigned at (202)469-5129 or by email at leon.fresco@hklaw.com should there be any questions.

Sincerely,

Leon Fresco

Enclosures

# EXHIBIT E



**United States Department of State**

*Washington, D.C.   20520*

April 15, 2021

FOIA Case Number F-2020-02342

Leon Fresco
Holland and Knight
800 17th Street N.W., Suite 1100
Washington, DC 20006

Dear Mr. Fresco:

This is in response to your Freedom of Information Act (FOIA) request, dated December 17, 2019, for "F-1 Nonimmigrant Visa Refusal Statistics by Post and Nationality for FY 2019, FY 2020, and Fiscal Year 2021 to date." Specifically, this letter addresses your appeal dated April 14, 2021, of the Department of State's denial of expedited processing.

We have considered your appeal of the denial of expedited processing. Our published regulations regarding expedition, 22 C.F.R. 171.11(f), require a specific showing of a compelling need. Expedited processing is granted only in the following situations:

> (1) Imminent threat to the life or physical safety of an individual;
> (2) Urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity; or
> (3) Impair substantial due process rights or harm substantial humanitarian interests.

Your request and appeal do not meet the established criteria. Regrettably, I must advise that you have not provided adequate justification for expedition and I must uphold the decision to deny expedited processing. Please be assured that the Department takes its FOIA responsibilities very seriously and we are processing this request in as timely a manner as possible. All appropriate offices have been advised of your interest in this matter. **The estimated date of completion is July 2021.**

In 2007, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS at ogia@nara.gov , or by telephone at 202-741-5770 or toll free at 1-877-684-6448, or by facsimile at 202-741-5769, or by mail at: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001.

This represents the Department's final determination on expedited processing and exhausts all administrative remedies available to you.  As you may know, you have the right to seek judicial review of this determination under 5 U.S.C. Section 552 (a)(4).

For further communications with this office, please contact FOIAStatus@state.gov and include the case number F-2020-02342.

Sincerely,

Jeanne Miller, Chief
Programs and Policies Division
Office of Information Programs and Services