# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHORELIGHT, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 21-1490 (RCL) |
| UNITED STATES DEPARTMENT OF STATE, | ) |
| *Defendant*. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shorelight, LLC and Defendant United States Department of State (collectively, the "Parties"), file this joint stipulation of voluntarily dismiss the above-captioned. Pursuant thereto, the Parties jointly request that the matter be dismissed in its entirety with prejudice. The Parties are to bear their respective attorneys' fees, costs, and expenses. The undersigned have conferred and the Parties consent to the dismissal jointly sought herein.

\*\*\*

| | |
|---|---|
| Dated: September 1, 2021 | Respectfully submitted, |
| */s/ Leon Fresco* <br> LEON FRESCO <br> BAR # 1044685 <br> Holland & Knight LLP <br> 800 17th Street N.W. <br> Suite 1100 <br> Washington, DC 20006 <br> 202-469-5129 <br> leon.fresco@hklaw.com <br><br> *Counsel for Plaintiff* | CHANNING D. PHILLIPS <br> D.C. Bar #415793 <br> Acting United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> */s/ Stephanie R. Johnson* <br> STEPHANIE R. JOHNSON <br> D.C. Bar # 1632338 <br> Assistant United States Attorney <br> United States Attorney's Office <br> Civil Division <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-7874 <br> Stephanie.Johnson5@usdoj.gov <br><br> *Counsels for Defendant* |